Judgment in a Civil Case
_____

United States District Court<br>_____WESTERN DISTRICT OF NEW YORK_____

RYAN HARDY               **JUDGMENT IN A CIVIL CASE**
                                                          CASE NUMBER: 21-CV-1261

   v.

OLE MEXICAN FOODS, INC.


☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendant's request for judicial notice and motion to dismiss are granted.


Date: July 22, 2022               MARY C. LOEWENGUTH
                                             CLERK OF COURT

                                             By: s/ Colin J.
                                                 Deputy Clerk